UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1791
(1:21-cv-00955-WO-JEP)

_____

LEE MARVIN HARRIS, SR.

    Plaintiff - Appellant

v.

TOWN OF SOUTHERN PINES; OFFICER JASON PERRY, Sued in his individual capacity; OFFICER SEAN LOWREY, Sued in his individual capacity; OFFICER KYLE MARSH, Sued in his individual capacity; CHIEF OF POLICE ROBERT TEMME, Sued in his official and individual capacity

    Defendants - Appellees

-------------------------------

NATIONAL POLICE ACCOUNTABILITY PROJECT

    Amicus Supporting Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Nwamaka Anowi, Clerk